**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Donald J. Kosakowski<br>and Muriel A. Kosakowski<br>Debtor(s) | : Chapter 13<br>: Bankruptcy No.17-23484-glt<br>:<br>: 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust
                                Movant
                vs.
Donald J. Kosakowski
and Muriel A. Kosakowski
                                Debtor(s)
               and
Ronda J. Winnecour, Esquire
                                Trustee
                          RESPONDENTS

**OBJECTIONS OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM
MORTGAGE ACQUISITION TRUST TO CONFIRMATION OF DEBTOR'S(S')
PROPOSED CHAPTER 13 PLAN**

      Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, by and through its undersigned attorney, Richard M. Squire, Esquire, hereby objects to the confirmation of Debtor's(s') proposed Chapter 13 Plan for the following reasons:

1. The pre-Petition arrears owed to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust are understated on Debtor's(s') proposed Chapter 13 Plan as $6,620.98. The pre-Petition arrears owed to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust are $16,243.92, which is set forth on its Proof of Claim that has been filed with this Court.  Accordingly, the Chapter 13 Plan does not properly address the pre-Petition claim of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.  *See* 11 U.S.C. Sec. 1325(a)(5).

2. Based on the information provided by Debtor(s) in Schedules I and J, Debtor(s) does/do not have sufficient monthly income to pay the correct amount of the pre-Petition arrears of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust over a sixty (60) month period. Accordingly, Debtor's(s') proposed Chapter 13 Plan is not financially feasible. *See* 11 U.S.C. Sec. 1325(a)(6).

3. Debtor(s) need(s) to have an additional $160.38 per month in order to pay the arrears of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust only, over a sixty (60) month period.  There is absolutely no indication or evidence from Debtor's(s') Schedules that she/he/they has/have the ability to obtain such additional income.  Accordingly, Debtor's(s') proposed Chapter 13 Plan is not financially feasible.  *See* 11 U.S.C. Sec. 1325(a)(6).

4. Due to all of the defects in Debtor's(s') proposed Chapter 13 Plan, as aforesaid, such Plan could not have been proposed in good faith. *See* 11 U.S.C. Sec. 1325(a)(7).

WHEREFORE, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust prays that its objections be sustained and that confirmation of Debtor's(s') Chapter 13 Plan be denied.

  /s/ Richard M. Squire
Richard M. Squire, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
rsquire@squirelaw.com (email)
Attorney for the Objecting Party

Dated:   1/16/18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Donald J. Kosakowski | : Chapter |
| and Muriel A. Kosakowski | : Bankruptcy No.17-23484-glt |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

          Movant

     vs.

Donald J. Kosakowski
and Muriel A. Kosakowski

          Debtor(s)

   and

Ronda J. Winnecour, Esquire

          Trustee
         RESPONDENTS

## **ORDER**

AND NOW, this _____ day of _____ , 20__, upon consideration of the Objections of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Confirmation of Debtor's proposed Chapter 13 Plan, and upon consideration of any responses thereto, and good cause showing; it is hereby

ORDERED and DECREED that the Objections of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to Confirmation of Debtor's(s') proposed Chapter 13 Plan are sustained and confirmation of the Debtor's(s') proposed Chapter 13 Plan is denied.

              BY THE COURT:

              _____

              Honorable Gregory L. Taddonio
              United States Bankruptcy Judge

cc:

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Daniel P. Foster, Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335

Richard M. Squire, Esquire
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Donald J. Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122

Muriel A. Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Donald J. Kosakowski | : Chapter |
| and Muriel A. Kosakowski | : Bankruptcy No.17-23484-glt |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust

                          Movant

           vs.

Donald J. Kosakowski
and Muriel A. Kosakowski

                          Debtor(s)

        and

Ronda J. Winnecour, Esquire

                          Trustee
                       RESPONDENTS

**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Objections of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to confirmation of debtor's(s') proposed chapter 13 plan electronically and/or via First Class Mail, postage prepaid.

Date Served:  1/16/18

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


Daniel P. Foster, Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335

Donald J. Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122

Muriel A. Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

  /s/ Richard M. Squire
Richard M. Squire, Esquire
Richard M. Squire & Assoc., LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046
(215) 886-8790
(215) 886-8791 (fax)
rsquire@squirelaw.com (email)