# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DONALD J & MURIEL A KOSAKOWSKI | | |
| **Case Number:** | 17-23484-GLT | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 24, 2018 11:00 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

### Matter:

#12 - Final Confirmation of Plan Dated  9/25/2017 (NFC)
  +Objections By:  Wilmington Savings Bank Fund Society, FSB
**R / M #:**   12 / 0

RECEIVED
2018 MAY 24 P 2: 25
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### Appearances:

*Eisen*

Debtor:
Trustee:  Winnecour  / (Pail) /  Katz  /  DeSimone

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _9/13/18_ at _10:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____  Other:

5/14/2018   11:18:21AM