**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23484 |
|    Donald J. Kosakowski AND, | : | Chapter 13 |
|    Muriel A. Kosakowski, | : | |
|       Debtors | : | |
| | : | Related to Document No. 54 |
|    Donald J. Kosakowski AND, | : | |
|    Muriel A. Kosakowski, | : | |
|       Movants | : | |
|       v. | : | |
| | : | |
|    Wells Fargo Home Mortgage, | : | |
| | : | |
|       AND | : | |
| | : | |
|    Ronda J. Winnecour/Esquire | : | |
|    Chapter 13 Trustee, | : | |
|       Respondents | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION**

    The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO AUTHORIZE LOAN MODIFICATION** filed on May 17, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than June 3, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: June 4, 2018 | /s/ Daniel P. Foster, Esquire |
|  | Daniel P. Foster |
|  | PA I.D. # 92376 |
|  | Foster Law Offices, LLC |
|  | P.O. Box 966 |
|  | Meadville, PA 16335 |
|  | Phone:  814.724.1165 |
|  | Fax: 814.724.1158 |
|  | Email: dan@mrdebtbuster.com |
|  | Attorney for Debtors |

## CERTIFICATE OF SERVICE

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION TO AUTHORIZE LOAN MODIFICATION**, by First-Class Mail, U.S. Postage Paid, CM/ECF or Electronic Mail on the parties below.

Executed on: **June 4, 2018**

*By: /s/ Kathryn M. Schwartz*
KATHRYN SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Peter Wapner, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
peter.wapner@phelanhallinan.com
*Service via Email*

Wells Fargo Home Mortgage
POCNOTIFICATIONS@WELLSFARGO.COM
*Service via Email*

Donald J. Kosakowski
Muriel A. Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122
*Service via US Mail*