# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23484 |
| Donald J. Kosakowski AND, | : | Chapter 13 |
| Muriel A. Kosakowski, | : | |
|     Debtors | : | |
| | : | Related to Document No. 61 |
| Donald J. Kosakowski AND, | : | |
| Muriel A. Kosakowski, | : | |
|     Movants | : | |
| v. | : | |
| | : | |
| Rushmore Loan Management | : | |
| Services, LLC, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***MODIFIED DEFAULT ORDER*** by Electronic-Mail, US Mail and/or CM/ECF on the parties below*.

Executed on: <u>June 7, 2018</u>

By: /s/ Kathryn M. Schwartz
KATHRYN M. SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Peter Wapner, Esquire
Phelan, Hallinan, Diamond & Jones, LLP
peter.wapner@phelanhallinan.com
*Service via CM/ECF and Direct Email*

Rushmore Loan Management Services
5480 Laguna Canyon Road – Suite 100
Irvin, CA 92618
*Service via US Mail*

Donald & Muriel Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122
*Service via US Mail*

DMM Portal