FILED
6/6/18 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-23484 |
| Donald J. Kosakowski AND, | : | Chapter 13 |
| Muriel A. Kosakowski, | : | |
|     Debtors | : | |
| | : | Related to Document No. 54 |
| Donald J. Kosakowski AND, | : | |
| Muriel A. Kosakowski, | : | |
|     Movants | : | |
| v. | : | |
| | : | |
| Rushmore Loan Management | : | |
| Services, LLC, | : | |
| | : | |
|     AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## MODIFIED DEFAULT ORDER

*AND NOW*, this   6th   Day of June, 2018,   , it is hereby **ORDERED** that:

(1)   The Modification Agreement between **Donald J. Kosakowski AND Muriel A. Kosakowski AND Rushmore Loan Management Services, LLC** is approved;

(2)   The terms of the loan shall be as follows:

    a.  Due Date:            May 30, 2018 and 30th of each month thereafter;
    b.  New Monthly Payment:  $841.92; $581.80 P&I + $260.12 Escrow
    c.  Interest Rate:       6.0%
    d.  Loan Term:           236 months = 19 years and 8 months;
    e.  Maturity Date:       December 30, 2037;
    f.  Principal Balance:   $87,055.47;
    g.  Deferred payment:    $6,555.47; (non-interest bearing)

(3)   ***Within fourteen (14) days*** from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

Movant shall serve a copy of this Order on respondents, their counsel and the U.S. Trustee. Movant shall file a certificate of service witin 3 days hereof.

Prepared by:  __Daniel Foster, Esq.___

**DEFAULT ENTRY**

Dated: June 06, 2018

_____
Gregory L. Addonio    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Donald J Kosakowski  
Muriel A Kosakowski  
    Debtors

Case No. 17-23484-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Jun 06, 2018  
                   Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.  
db/jdb        +Donald J Kosakowski,    Muriel A Kosakowski,    619 West Ascension Drive,    West Mifflin, PA 15122-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
         Daniel P. Foster    on behalf of Debtor Donald J Kosakowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
         Daniel P. Foster    on behalf of Joint Debtor Muriel A Kosakowski dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         Karina Velter    on behalf of Creditor    Wells Fargo USA Holdings Inc. amps@manleydeas.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard M. Squire    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust lcolwell@squirelaw.com, kdiskin@squirelaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Sarah Kathleen McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust smccaffery@squirelaw.com

     TOTAL: 11