**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 17-23484-GLT** |
| | : | |
| **Donald J Kosakowski and** | : | **CHAPTER 13** |
| **Muriel A Kosakowski,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.:** |
| **Donald J kosakowski and** | : | |
| **Muriel A Kosakowski,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>June 26, 2018</u>

Respectfully submitted,
/s/ Clarissa Bayhurst
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3026

Credit Management, LP
Attn: Bankruptcy
2121 Noblestown Road
Pittsburgh, PA 15205-3956

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
Keri P. Ebeck
kebeck@bernsteinlaw.com

Donald J Kosakowski
Muriel A Kosakowski
619 West Ascension Drive
West Mifflin, PA 15122-3805

Sarah Kathleen McCaffery
Richard M. Squire & Associates
smccaffery@squirelaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
sjw@sjwpgh.com

Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103-1814

Richard M. Squire
Richard M. Squire & Associates, LLC
lcolwell@squirelaw.com

Karina Velter
Manley Deas Kochalski, LLC
amps@manleydeas.com

WELLS FARGO USA HOLDINGS, INC.
c/o Wells Fargo Bank, N.A., as Servicer
Default Document Processing N9286-01Y
1000 Blue Gentian Road Suite 5000
Philadelphia, PA 19106-1541

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Wells Fargo Bank NA
4137 121st Street
Urbandale, IA 50323-2310

Wilmington Savings Fund Society, FSB, d/b/a
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com