**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/13/18 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re:  Donald J. Kosakowski | : Chapter 13 |
| and Muriel A. Kosakowski | : Bankruptcy No.17-23484-glt |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Related dkt. Nos. 41 and 71

Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee
for Pretium Mortgage Acquisition Trust

Movant

vs.

Donald J. Kosakowski
and Muriel A. Kosakowski

Debtor(s)

and

Ronda J. Winnecour, Esquire

Trustee
RESPONDENTS

**WITHDRAWAL OF OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST, TO CONFIRMATION OF
DEBTOR('S)S' PROPOSED CHAPTER 13 PLAN, Doc 41.**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT,
WESTERN DISTRICT OF PENNSYLVANIA:**

Kindly withdraw the Objection of Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, to
Confirmation of Debtor's(s') Proposed Chapter 13 Plan in the above-captioned matter, doc 41.

  /s/ Sarah K. McCaffery

Sarah K. McCaffery, Esq., PA ID 311728

Richard M. Squire & Assoc., LLC

One Jenkintown Station

115 West Avenue, Suite 104

Jenkintown, PA 19046

(215) 886-8790

(215) 886-8791 (fax)

SMcCaffery@squirelaw.com (email)

SO ORDERED this 13th day of September 2018

_____
GREGORY TADDONIO hct
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-23484-GLT
Donald J Kosakowski                                                 Chapter 13
Muriel A Kosakowski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Sep 13, 2018
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb          +Donald J Kosakowski,   Muriel A Kosakowski,    619 West Ascension Drive,
                West Mifflin, PA 15122-3805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Donald J Kosakowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Muriel A Kosakowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Karina Velter    on behalf of Creditor   Wells Fargo USA Holdings Inc. amps@manleydeas.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard M. Squire    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           lcolwell@squirelaw.com, kdiskin@squirelaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Sarah Kathleen McCaffery    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           smccaffery@squirelaw.com
          Sarah Kathleen McCaffery    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
           Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           smccaffery@squirelaw.com
                                                                               TOTAL: 12