IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Donald J. Kosakowski )<br>Muriel A. Kosakowski )<br>    Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>   )<br>    Movant, )<br>   )<br>    Vs. )<br>Wilmington Savings Fund Society, FSB, )<br>d/b/a Christiana Trust, not individually )<br>but as trustee for Premium Mortgage )<br>Acquisition Trust )<br>    Respondent(s) ) | Case No.: 17-23484 GLT<br>Chapter 13 |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S OBJECTION TO THE NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on February 5, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than March 7, 2019.

3-8-2019    /s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com