IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
APR 11 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:

Donald J Kosakowski
Muriel A Kosakowski

Debtor(s).

Case No.: 17-23484-GLT
Chapter: 13

Date: 4/10/2019
Time: 10:30

## PROCEEDING MEMO

**MATTER:**   # 78 Motion to Preclude Postpetition Fees filed by the ch.13 trustee
# 81 - Response filed by Wilmington Savings Fund

**APPEARANCES:**

Trustee: Jana Pail
Wilmington: Matthew Pavlovich

**NOTES:**

Pail: This will settle, but we need 30 days to do so.

Pavlovich: We are waiting to get an affidavit and an updated payment history. I would ask for 60 days.

Pail: That would be fine. The trustee has agreed that the mediation fee would be appropriate.

Court: There was no appearance recorded on the docket for the conciliation conference that is seemingly characterized as a mediation. There is nothing to substantiate what this fee was incurred in connection with.

Pavlovich: It was actually a conciliation conference. I think the date was wrong. I can take the issue back to Ms. McCaffery.

**OUTCOME:**

1. The Motion to Preclude [Dkt. No. 78] is continued to June 5, 2019 at 10:00 a.m. (Text order to issue).

2. On or before May 8, 2019 parties shall submit any consent order under a certification of counsel resolving the Motion to Preclude (Text order to issue).

3. On or before April 24, 2019, parties shall submit any additional information in connection with the "mediation fee" discussed on the record (Text order to issue).

**DATED:** 4/10/2019