## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-23484-GLT |
| | : | Chapter: 13 |
| Donald J Kosakowski | : | |
| Muriel A Kosakowski | : | |
| | : | Date: 6/5/2019 |
| Debtor(s). | : | Time: 10:00 |

**FILED**

**JUN 05 2019**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### PROCEEDING MEMO

**MATTER:**  # 78 Con't Motion to Preclude Postpetition Fees filed by the ch.13 trustee
# 81 - Response filed by Wilmington Savings Fund
# 85 - Supplemental Response filed by Wilmington Savings Fund

**APPEARANCES:**

Debtor:       Ronald Cook
Trustee:      Kate DeSimone
Wilmington:   Sarah McCaffery

**NOTES:**

McCaffery: I filed the consent agreement last night. I believe it resolves all the issues.

DeSimone: That is correct.

Cook: No objection.

**OUTCOME:**

1. The consent order at Dkt. No. 87 is granted (O/E).

**DATED:** 6/5/2019