**Fill in this information to identify the case:**

**Debtor 1** _Donald J. Kosakowski_

**Debtor 2** _Muriel A. Kosakowski_
(Spouse, if filing)

**United States Bankruptcy Court for the:** __Western District of Pennsylvania__
(State)

**Case number** 17-23484-GLT

# FORM 4100R
## Response to Notice of Final Cure                                       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

**Court claim no.** (if known): __2__

**Last four digits** of any number you use to identify the debtor's account: __4201__

Property Address: 619 Ascension Drive
Number    Street

West Mifflin, PA 15122
City    State    Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next pospetition payment from the debtor(s) is on:    04/30/2023
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total Postpetition ongoing payments due:    (a)    $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +
(b)    $ _____

c. **Total.** Add lines a and b.    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ____/____/____
MM / DD / YYYY

| Debtor 1 | Donald | J. | Kosakowski | Case Number *(if known)* | 17-23484-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Postpetition Mortgage Payment

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the credtior must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through teh date of this response:

☐ all payments received:

☐ all fees, costs, escrow, and espenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.**

✗ /s/ Michael Clark____    Date  12/15/2022
      Signature

Print:  Michael Clark____    Title  Bankruptcy Attorney____
        First name   Middle Name   Last name

Company    RICHARD M. SQUIRE & ASSOCIATES, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address    115 West Avenue, Suite 104,____
           Number           Street

           Jenkintown, PA 19046____
           City       State    Zip Code

Contact phone    (215) 886-8790    Email:  mclark@squirelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Donald J. Kosakowski and Muriel A. Kosakowski | Chapter: 13 |
| | Bankruptcy No.: 17-23484-GLT |
| Debtors | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust

              Movant

        vs.

Donald J. Kosakowski and Muriel A. Kosakowski

              Debtors

       and

Ronda J. Winnecour, Esquire

              Trustee

            RESPONDENTS

**CERTIFICATE OF SERVICE**

   I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Response to Notice of Final Cure electronically and/or via First Class Mail, postage prepaid.

Date Served:  12/15/2022

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Donald J. Kosakowski
619 Ascension Drive
West Mifflin, PA 15122

Muriel A. Kosakowski
619 Ascension Drive
West Mifflin, PA 15122

00360-8/VC

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                Respectfully submitted,

                /s/ Michael Clark
                Richard M. Squire, Esq. (PA I.D. # 04267)
                M. Troy Freedman, Esq. (PA I.D. # 85165)
                Michael J. Clark, Esq. (PA I.D. # 202929)
                One Jenkintown Station, Suite 104
                115 West Avenue
                Jenkintown, PA 19046
                215-886-8790
                215-886-8791 (FAX)
                rsquire@squirelaw.com
                tfreedman@squirelaw.com
                mclark@squirelaw.com

00360-8/VC